Attachment

The Plaintiff is a natural-born citizen and resident of the Republic of Panama, a United States citizen under the laws that govern the U. S. Citizen and Immigration Services and the Treaties with the Republic of Panama, and a resident of Manhathan, receiving correspondence in Brooklyn, New York.

In 1993, Plaintiff married a member of the United States ARMY stationed in Panama in Amador, a military installation on the Pacific side of the Panama Canal and adjacent to the residence of General Barry McCaffrey, who was also the czar for Homeland Security, Drug Enforcement Agency ("DEA"), and the United States general in charge of the Panama Canal. Plaintiff can't disclose the duties under this time, except to claim 18 U.S. Code 1114 and 1115.

The plaintiff was the victim of a United States policy enforced against foreign spouses. The plaintiff is the great-granddaughter of Mair Sitton zk"l, born in Jerusalem in the 18??. She is the granddaughter of Ana Sitton, a Jew, and daughter of N. L. Sitton. Under the laws of return, Ana McCarthy visited Jerusalem, at which time the accompanied minor daughter refused to return to New York. She is now a returning Jew.

In 1995, the Plaintiff moved to Illinois. In 2003, the Plaintiff became the victim of a co-worker, Pat Sikorski, who physically aggrieved her. Pat Sikorski was the senior nurse and the friend of the department head, also the mother of a local attorney working for the Kane County State's Attorney's office (KCSAO"). Upon a supervisor's finding of the actions of Sikorski, the KCSAO rushed to offer a settlement to the Plaintiff. The plaintiff declined financial compensation but requested for Sikorski, Patricia McNamara, Dr. Jeniffer Schening, and Mary Tebeau to leave her alone. The settlement by the Illinois Kane County State's Attorney Office who stated the clauses and Sikorski agreed to the terms and to write a letter of apology.

In 2006, Ana McCarthy, an Illinois licensed educator and psychologist (Title 150 - Assessment) was asked by Colleen Woolwine, an employee of the Illinois Department of Children and Family Services, to host a family of 3 children for a few hours until the parents of were found. The five hours changed immediately to a permanent placement the McCarthy's were unprepared for. Granted, the McCarthy's had no relationship with the minor.

At the time, they were being harassed by… Pat Sikorski's networks and their desire to oust the family from a "cookie-cutter" "upscale" community in South Elgin. The McCarthy then were asked to find placement for the minors, while the local school denied entrance into the district as the children were hispano-parlantes. Ana McCarthy was a teacher at a local school where her classroom was plastered with swastikas. In 2006, the McCarthy's daughter was born via a private

contract. While she took a day to be with her daughter, her workers at Barrington School District 220, vandalized her classroom and stole all the material purchased by Ana McCarthy.

(2006) Although Ana McCarthy had no access to medical records for the children, Pat Sikorski then recruited her network of government officials and nurses and tampered with the Tuberculosis test of one of the minors in the McCarthy's home: MRM was then treated unnecessarily for Tuberculosis and suspended her teaching license for five years.

In 2013, a physician, head of immunity at the Children's Hospital in Illinois began an investigation along with two other physicians: Dr. Terry Lynn O'Malley, et al. Dr. O'Malley, Esq., the epitome of righteousness, determined that MRM never had tuberculosis. This while IDCFS, already knew as they hid the results. IDCFS had hired Richard Della Haza an expert on tropical diseases and in 2010, Della Haza contacted Ana McCarthy prompting her to appeal the finding. The family was financially bankrupt and forced to move to Skokie. The Illinois DCFS had concealed evidence and desperately tried to discredit Ana McCarthy and began disseminating libel and slander on the story and calling employers. An investigator, then called and was able to confirm.

Ms. McCarthy was also subject to the suspension of her teaching license because her daughter was misdiagnosed with tuberculosis by Patricia Sikorski and Annette Julien, Dr. Schenning, et al.. Annette Julien confessed to her crime and begged Ana McCarthy not to press charges as she was at the time the single mother of a 14 y/o. She had never been suspended. All the other nurses and doctors, including Mary Teabeau, Dr. Houston, Patrica Sikorski, Dr. Jennifer Schenning have not been trialed.

With this rise in antisemitism, Plaintiff was offered relocation, leaving her beautiful home in South Elgin, Illinois. Sometime around 2010, someone opened the main water to the property causing an "explosion" of the premises and the inability to finalize a sale to a local realtor, Marina Fink.

Michael and Ana McCarthy had adopted the children. Although the State of Illinois, offered to pay all the expenses, and services of a nurse and an assistant, including the medicines, the State of Illinois failed to pay all the expenses contracted under an agreement. The Honorable Judge Moshe Jacobious issued an Order for the State of Illinois to pay or face of Writ of Mandamus. Illinois' State Attorney Lisa Madigan and Kwame Raoul did not comply with the Order. Ana McCarthy obtained a copy of the transcript, just for the State of Illinois to call for the recusement of Judge Jacobious as also a resident of Skokie as the McCarthys. Ana McCarthy does not recall ever speaking to or seeing Judge Jacobious.

In 2013, Michael McCarthy, Plaintiff's husband, was not permitted time off work after a work accident. He died of service-connected and related injuries, including two helicopter crashes

during his time in the US ARMY. At the time, the tending physician, Dr. Peter Matos, a suspended US ARMY physician, was licensed by the Illinois Department of Financial and Professional Regulation. The IDFPR licensed Dr. Peter Matos, a suspended doctor by the United States Department of Defense. The Department of Defense informed Ms. McCarthy. The Dependency Indemnity Compensation from the United States Army and the Workmen's Compensation have not been paid. In a message to Plaintiff, a former member of her husband's unit, working for an agency, expressed the reason: Ana McCarthy is a Jew. Just as a reminder, a U.S. Department of [Veterans Affairs](#) attorney is under investigation after posting a video to social media to mock Jews as they plead for the return of their hostages taken by Hamas-led terrorists. Shekeba Morrad, an appellate attorney for the Office of the General Counsel of the Department of Veterans Affairs, posted a video in which she takes a sarcastic tone and says, "We just want our hostages back. Give us our 200 hostages." Here is a link posted by Canary Mission. https://x.com/canarymission/status/1729258801545597355?s=20

(2013) Ana McCarthy and her children began to travel to Panama. They relocated to Panama on 01/2016. The children were enjoying a paradise. In 2014, Ana McCarthy learned that her father, a Jew, had signed a Contract with GCDA, SA., a shell corporation for Odebrecht, SA aka Novonorsa. The $2.2 billion contract extracted material from lands acquired via a contract and trust by Ana McCarthy. The United States Department of State prompted Ana McCarthy and her children to come back to the United States after serious attempts against the lives of the children. The United States Department of Justice, office of NY, then asked Ana McCarthy to testify. The case is pending in the Republic of Panama including two presidents Ricardo Martinelli and the (Armulfo Arias Panamenista Party candidate) Juan Carlos Varela (2014 -2019) who profited from the money due to her (and her father).

When Ana McCarthy visited Jerusalem in 2023, her minor daughter asked to stay. She had been the victim of vile attacks in New York at the hands of government workers. One of them prohibited Ana McCarthy from blessing her meal in Hebrew and then bringing the matter to a Court in front of a Judge, to commence sentencing for praying in Hebrew. The McCarthy children recorded the incident. RJM, a disabled child, refused to go to New York.

Ana McCarthy now resides in Israel. On Saturday, October 7, 2023, the family woke up to sirens. Israel declared war. Hamas killed over 1,400 attending a party and rockets were flying while there was no door to the safety room. For days, Ana McCarthy was asked to take shelter in her apartment for reasons unknown, except that someone had locked themselves in the adjacent apartment. Ana McCarthy has now applied to reside in Israel while under constant attack by Hamas and the head and senior political of Hamas and the Orchestrator resides comfortably in Doha, Qatar.

2

The same statute we routinely use to analyze sovereign immunity in civil cases applies equally in criminal ones District Court has jurisdiction.

In Turkiye Bank vs. the United States, the District Court had subject matter jurisdiction over Halkbank's criminal prosecution under 18 U. S. C. §3231. Under 18 U. S. C. §3231, the Court's Opinion stated that FSIA did not provide immunity to Halkbank. The United States Supreme Court vacated the judgment of the Court of Appeals and remanded it to the Court of Appeals.

"*We now hold that the F.S.I.A. does not grant immunity to foreign states or their instrumentalities in criminal proceedings,*" Justice Kavanaugh wrote, adding: "*Congress enacted a comprehensive scheme governing claims of immunity in civil actions against foreign states and their instrumentalities. That scheme does not cover criminal cases.*" The district court has jurisdiction of this criminal prosecution of under 18 U.S.C. § 3231, and the Foreign Sovereign Immunities Act's comprehensive scheme governing claims of immunity ***in civil actions*** against foreign states and their instrumentalities"

"The doctrine of foreign sovereign immunity originally developed in U. S. courts "as a matter of common law" rather than statute. Samantar v. Yousuf, 560 U. S. 305, 311. In 1976, Congress enacted the FSIA, which prescribed a "comprehensive set of legal standards governing claims of immunity in every civil action against a foreign state." Verlinden B. V. v. Central Bank of Nigeria, 461 U. S. 480, 488. The text of the FSIA indicates that the statute exclusively addresses civil suits. The first provision grants district courts original jurisdiction over "any nonjury civil action against a foreign state" as to "any claim for relief in personam with respect to which the foreign state is not entitled to immunity." 28 U. S. C. §1330(a). The FSIA then sets forth a carefully calibrated set of procedures and remedies applicable exclusively in civil, not criminal, cases. Further, Congress described the FSIA as defining "the circumstances in which foreign states are immune from suit," not from criminal investigation or prosecution. 90 Stat. 2891. In stark contrast, the FSIA is silent as to criminal matters, even though at the time of the FSIA's enactment in 1976, the Executive Branch occasionally attempted to subject foreign government-owned entities like Qatar Airways, to federal criminal investigation.

Qatar is not immune from criminal and civil prosecution and the financing of the persecution of Jews and returning Jews.

Hamas has been designated a terrorist organization by the United States.

3

Ana McCarthy, and her family are returning Jews. In 1929, Moshe Gozlan was killed. Moshe was the son of Sultana Gozlan. Sultana was the sister of Rebecca Sitton. Rebecca Sitton had seven (7) children. One of her children was Mair Sitton Abood. Mair Sitton and his entire family relocated to the Republic of Panama where he met Delfina De Obaldia, daughter of Panamanian President Jose Domingo De Obaldia. Mair and Delfina had two children, Oscar Sitton z'l, and Ana Teresa Sitton. The plaintiff is the granddaughter of Ana Sitton.

During the Holocaust Era, Mair Sitton was expropriated from most of his assets in Gualaca, Province of Chirique by the the Panamanian government under the "Reforma Agraria". The Republic of Panama holds the lands until the present time.

According to Enrique Zarak, a member of the Panamenista party and a relative of Arnulfo Arias wife Ana Linares, he said that Arnulfo Arias Madrid offered Mair Sitton deportation to La Plata, Argentina rather than Nazi Germany. Arnulfo Arias Madrid was the brother of Panamanian President Harmodio Arias Madrid who appointed him as ambassador to five (5) European countries during the Nazi era. Allegedly Arnulfo Arias, a physician graduate from Harvard University and University of Chicago, served as Dr. Menguele's assistant.

Upon his return to Panama, Arias made various antisemitic statements and enacted laws against Jews, Blacks, and Asians and plastered them in 1941 under the Panamanian Constitution.

Arnulfo Arias, was appointed by his brother as Panama's health minister. During that time he wrote a Bulletin about the cleansing of the "undesirable races".

In August 1934, the Health Bulletin No. 3, of the Department of Health published an article with the title "***Eugenics, the Improvement of the Race***"**,** signed by Dr. Arnulfo Arias, then head of that Department of Health. The article is a statement of the ideology of the former Panamanian president and his nexus with Hitler.

Many of these racist theses were contained in its Constitution of 1941. In addition, some existing laws by President Rodolfo Chiari Robles (1924-1928). Arnulfo Arias stated

"*It is a fact demonstrated by the census that the population of the Isthmus has increased very little, just as it is also a fact that from 1903 to date the little immigration we have had has been almost entirely constituted by races considered undesirable that have forced our National Assemblies to enact laws such as Law 13 of 1926, Law 16 of 1927 and Law 6 of 1928, where immigration of "Chinese, Japanese, Syrians, Turks, Indian-Aryans, blacks from the Antilles, from the Guianas*" are prohibited, whose language original not in Spanish, to the territory of the Republic". "This indicates that a large sector of our people yearns to take measures against the

degeneration of the race, or at least to hinder as far as possible the entry into the country of parasitic breeds such as those mentioned above, which are generally dedicated to commerce and who have a standard of living that of the country's child, making it impossible for him to compete honestly with him."

Later, Arnulfo Arias proposed sterilization: "Both the authorities and the people are impassively watching this conquest without any effort to remedy it. It is time for practical measures to be adopted and we allow ourselves to suggest that, at the same time that the undesirable element is eliminated, either by repatriation or expulsion, systematic sterilization should be extended to our patients of both sexes who, due to their age and condition, could increase their family or establish one, whose members, according to all information, experience and probability, would be as many candidates for reform schools, hospitals, prisons and asylums".

Arnulfo Arias also spoke of a "desirable migration": "Since huge sums of money are needed to rehabilitate a territory of 87,810 square kilometers where only 483,780 inhabitants live and because our population cannot multiply quickly enough to increase in number and quality, we urgently need a desirable immigration, ideal that, while improving the race physically and mentally, gives it the necessary impetus in the field of agriculture and industry for the progress that the country wants to achieve". Arnulfo Arias concludes: "It is time for drastic measures to be taken in this regard. It is our professional judgment that as a measure of social defense with a view to the improvement of race, we must make an effort in favor of eugenics, which for the reasons stated above is imperative to our nationality; we must study the problem dispassionately, serenely, with an eye fixed on the well-being of future generations and that a solution be agreed and implemented as soon as possible".

Arnulfo Arias was also elected three times as president of Panama. Panamanian president who served 5 years in five (5) European countries during the Nazi Era. His party "Panameñista" reigns in Panama and appointed the previous president Juan Carlos Varela ( 2014 - 2019). Given the persecution, expropriations, and rising antisemitism, the McCarthy family relocated to their homeland in search of peace after almost 100 years. Ana McCarthy is the sole member of the L-Sitton family returning to Israel. She has over 100 cousins, unaccounted second cousins, born in Panama, assimilated, and unaware that they are the diaspora. She does not speak Hebrew and has not a single known relative in Israel. While over 100 cousins reside in Panama.